UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DAMON PATTERSON, | No. 2:18-cv-00222-TLN-CKD |
| Plaintiff, | |
| v. | ORDER |
| M. SPEARMAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 19, 2019, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 15.) Plaintiff has filed objections to the findings and recommendations along with a motion requesting that the Court judicially notice certain documents in considering the findings and recommendations. (ECF Nos. 18 & 19.) The request for judicial notice is denied as the Court does not judicially notice documents, the Court judicially notices facts and Plaintiff has not identified facts which he thinks should be judicially noticed let alone facts which can be judicially noticed pursuant to Federal Rule of Evidence 201.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for judicial notice (ECF No. 19) is denied.
1. The findings and recommendations filed April 19, 2019, (ECF No. 15), are adopted in full.
2. All claims other than claim 7 and all Defendants other than Defendants F. Williams and J. Filce are dismissed.

Dated: June 21, 2019

/s/ Troy L. Nunley
Troy L. Nunley
United States District Judge