UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN DAMON PATTERSON,

        Plaintiff,              No. 2:18-cv-0222 TLN CKD P

vs.

M. SPEARMAN

        Defendant.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Bryan Damon Patterson, inmate # V-10444, a necessary and material witness in proceedings in this case on November 20, 2019, is confined in Kern Valley State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 27 before Magistrate Judge Deborah Barnes, United States District Courthouse, 501 I Street, Sacramento, California on November 20, 2019, at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento.

        4. The Clerk of the Court shall serve a courtesy copy of this writ by fax to the litigation coordinator at Kern Valley State Prison at 661-720-4949.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
**To: The Warden, Kern Valley State Prison, P.O. Box 6000, Delano, California, 93216-6000:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: November 14, 2019

                                                _____
                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE